## RAMSEY v. N.C. DEPT. OF TRANSPORTATION

No. 206P84.

Case below: 67 N.C. App. 716.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1984. Motion by Attorney General to dismiss appeal for lack of significant public interest allowed 5 June 1984.

## ROBINSON v. COMR. MOTOR VEH.

No. 567P83.

Case below: 64 N.C. App. 620.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 June 1984. Attorney General's motion to dismiss appeal for lack of substantial constitutional question allowed 5 June 1984.

## SALVATION ARMY v. WELFARE

No. 409P83.

Case below: 63 N.C. App. 156.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 June 1984.

## SOUTH CAROLINA INS. CO. v. SMITH

No. 236P84.

Case below: 67 N.C. App. 632.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 June 1984.

## STATE v. BARTON

No. 595P83.

Case below: 64 N.C. App. 731.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1984. Attorney General's motion to dismiss appeal allowed 5 June 1984.